```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
BRANDON MCFADDEN,

                Plaintiff,
                                                            ORDER ADOPTING R&R
                                                            12-CV-5624 (RRM) (VVP)
        -against-

OFFICER HAROLD GALLEGO, Shield # 14142;
LIEUTENANT SUSANNE COHEN, Tax # 905585;
and SERGEANT KEUNG NG, Shield # 5522,

                Defendants.
----------------------------------------------------------------x
```
ROSLYNN R. MAUSKOPF, United States District Judge:

On December 11, 2013, Magistrate Judge Pohorelsky issued a Report and Recommendation (the "R&R"), recommending that the Court dismiss this *pro se* action without prejudice for failure to prosecute. Magistrate Judge Pohorelsky reminded the parties that pursuant to Fed. R. Civ. P. 72(b), any objections to the R&R were due within fourteen days of receiving it. No party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is hereby ordered that the complaint is dismissed without prejudice. The Clerk of Court shall mail a copy of this Order and the accompanying Judgment to the *pro se* plaintiff and note the mailing on the docket.

        SO ORDERED.

        *Roslynn R. Mauskopf*

        _____
        ROSLYNN R. MAUSKOPF
        United States District Judge

Dated: Brooklyn, New York
      January 23, 2014