UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BRANDON MCFADDEN,

        Plaintiff,

-against-

OFFICER HAROLD GALLEGO, Shield # 14142;
LIEUTENANT SUSANNE COHEN, Tax # 905585;
and SERGEANT KEUNG NG, Shield # 5522,

        Defendants.
-------------------------------------------------------------------x

**JUDGMENT**
12-CV-5624 (RRM) (VVP)

An Order of the undersigned having been filed this day dismissing the complaint without prejudice, it is

ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith, and therefore *in forma pauperis* status is denied for purpose of an appeal.

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge

Dated: Brooklyn, New York
       January 23, 2014